Michael S. Acosta, et al., Plaintiffs-Appellants, v. Reginald J. Holzer, Defendant-Appellee.

**Gen. No. 49,936.**

First District, First Division.

July 30, 1965.

Anthony Haswell and David Levinson, Jr., of Chicago, for appellants; L. Louis Karton, of Chicago, for appellee. Opinion by JUSTICE MURPHY. Not to be published in full.